IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT E. WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN MATEO POLICE; SAN MATEO MUNICIPAL AND SUPERIOR COURTS; and Forensic Mental Health Officer APACALA,<br><br>    Defendants.<br>                                      / | No. C 06-5240 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

Because petitioner has not filed an amended complaint within the time allowed to do so in the order dismissing the original complaint, this case is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April   30  , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.06\WILLIAMS240.DSM.wpd